IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:22-CR-3102 |
| vs. | |
| TIMOTHY ALAN MOORE, | ORDER |
| Defendant. | |

For the reasons stated in the Court's order (filing 118) denying the defendant's previous motion to compel (filing 115),

IT IS ORDERED that the defendant's second motion to compel (filing 119) is denied.

Dated this 31st day of January, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge